DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARCHIE LEE SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-904

[August 22, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michel Heisey, Judge; L.T. Case No. 472008CF0000881A.

Archie Lee Smith, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***